Eliza B. Hawley et al., appellants, v. Frank Jahnel et al., appellees.

Filed March 8, 1906.   No. 14,076.

Appeal from the district court for Washington county: Lee S. Estelle, Judge. *Affirmed.*

*Herman Aye, R. S. Hall, G. W. Covell* and *Wright & Stout,* for appellants.

*John C. Cowin, W. C. Walton, D. Z. Mummert, I. C. Eller, Clark O'Hanlon* and *E. B. Carrigan, contra.*

Jackson, C.

The issue in this case is identical with that in *Hawley v. Von Lanken,* 75 Neb. 597, and following the conclusion there reached we recommend that the judgment of the district court be affirmed.

Duffie and Albert, CC., concur.

By the Court: For the reason stated above, the judgment of the district court is

AFFIRMED.